EILEEN M. DECKER
United States Attorney
LAWRENCE MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
California Bar No. 222875
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3172
    Facsimile: (213) 894-7177
    E-mail: Katie.Schonbachler@usdoj.gov

JS-6

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | CV 15-00694 BRO (AGRx) |
|---|---|
| Plaintiff, | |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| $28,900.00 IN U.S. CURRENCY, | |
| Defendant. | |
| JOSE CORRALES, | |
| Claimant. | |

    This civil forfeiture action was commenced on January 30, 2015 against the defendant $28,900.00 in U.S. Currency seized on March 11, 2014 in Hemet, California ("defendant currency"). Jose Corrales ("Corrales") filed a claim of interest in the defendant currency on March 20, 2015 and an answer to the complaint on April 10, 2015. No other parties have appeared in this case and the time for filing claims

1

of interest and answers has expired.

Plaintiff United States of America and Corrales have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1.  This Court has jurisdiction over the parties and the subject matter of this action.

2.  Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than Corrales are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.  The United States of America shall have judgment as to the defendant $26,400.00 in U.S. currency and all interest earned of the entirety of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said funds in accordance with law.

4.  $2,500.00 of the defendant currency, without any interest earned by the government on the full amount of the defendant currency, shall be returned to Corrales by either check or wire transfer. If the United States elects to make the payment by check, the check will be payable to "Jose Corrales and Margolin and Lawrence, Attorneys at Law Client Trust Account," and mailed to the Margolin and Lawrence, Attorneys at Law, 8484 Wilshire Blvd., Suite 440, Beverly Hills, California 90211. If the United States elects to make the payment by wire transfer, the funds will be wire transferred to the Margolin and Lawrence, Attorneys at Law Client Trust Account. Corrales and his attorneys shall provide any and all information needed to process the return of these funds according to federal law.

5.  Corrales has agreed to release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement

1  Administration, from any and all claims, actions or liabilities arising out of or related to
2  this action, including, without limitation, any claim for attorney's fees, costs or interest
3  which may be asserted on behalf of Corrales, whether pursuant to 28 U.S.C. § 2465 or
4  otherwise.

5        6.    The Court finds that there was reasonable cause for the seizure of the
6  defendant currency and institution of these proceedings.  This judgment shall be
7  construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED:  August 17, 2015

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

**Approved as to Form and Content:**

Dated: August 11, 2015      Respectfully submitted,

EILEEN M. DECKER
United States Attorney
LAWRENCE MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: August 7, 2015      MARGOLIN & LAWRENCE

   /s/
Jessica E. Arteaga, Esq.
Allison Brandi Margolin, Esq.

Attorneys for Claimant
JOSE CORRALES

Dated: August 7, 2015         /s/
Claimant JOSE CORRALES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28